**Order entered June 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00695-CV

**YURIDIA RAMOS AND MARGARITA GALINDO, Appellants**

**V.**

**ALEXANDER MYERS HANSEN, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-02047-2012**

## ORDER

The Court has before it the clerk's June 25, 2013 request for an extension of time to file the clerk's record because the appellants have not paid for the record. We **GRANT** the request and **ORDER** appellants to provide documentation that they have paid for the clerk's record or made arrangements to pay for the clerk's record within ten days of the date of this order. If appellants do not do so, this case may be dismissed without further notice.

/s/     ELIZABETH LANG-MIERS
          JUSTICE